UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

Case No.  5:25–cv–01020–MWF–MAR          Date   June 11, 2025

Title    K. PHILLIP TAYLOR V. PRIMA PARTNERS LLC ET AL

---

PRESENT: THE HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Not Reported; |
|---|---|
| Courtroom Deputy | Court Reporter |

Attorney(s) Present for Plaintiff(s):  Attorney(s) Present for Defendant(s):
None Present                           None Present

**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**

In light of the Notice of Settlement filed 6/09/25, the Court sets a hearing on Order To Show Cause Re Dismissal for July 28, 2025 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

**IT IS SO ORDERED.**

Initials of Clerk: rs